# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **PLANET HOLLYWOOD NEW YORK LTD.** I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Nicole Farina_
Full Legal Name (Print)

_Nicole Farina_
Signature

_1/24/08_
Date