USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

FEB 2 5 2008

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

*Susan P. Scharfstein*
*Special Federal Litigation Division*
*212-227-4071*
*Facsimile: (212) 788-9776*
*sscharfs@law.nyc.gov*

**MEMO ENDORSED**

February 22, 2008

*Application granted.*
**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
2/26/08

**BY HAND**
Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Ramen v. City of New York, et al., 08 CV 433 (WHP)

Dear Judge Pauley:

I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for defendants City of New York, the New York City Police Department, the Kings County District Attorney's Office, Charles Hynes, the Queens County District Attorney's Office, and Richard Brown in the above-referenced action alleging violations of plaintiff's federal rights brought pursuant to 42 U.S.C. § 1983. Defendants respectfully request that their time to respond to the complaint be extended by sixty days from the current due date of February 25, 2008, to April 25, 2008. I have been unable to reach plaintiff's counsel by telephone to discuss his consent to this request.

We request this enlargement of time because, in keeping with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the complaint. It appears from the complaint that plaintiff is alleging claims both individually and in his capacity as administrator of his wife's estate in connection with alleged violations of Constitutional and other rights arising out of a series of events that commenced with the assault of plaintiff's decedent on or about May 22, 2005, and continued through her death on March 15, 2007. This office is beginning the process of investigating the underlying matter so that we can properly assess the case and respond to the complaint.

No previous request for an extension of time to respond to the complaint has been made by defendants. Accordingly, we respectfully request that defendants' time to answer or otherwise respond to the complaint be extended to April 25, 2008. If the Court grants this request, issue will be joined as to defendants in advance of the initial conference that has been scheduled by the Court for May 2, 2008, at 9:45 a.m.

Thank you for your consideration herein.

Respectfully submitted,

Susan P. Scharfstein

cc:    Peter Pearson Traub, Jr., Esq.
       Law Offices of Peter P. Traub
       107 Grand Street, 4th Floor
       New York, NY 10013
       (by hand)