DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LEONARD RAMEN, as Administrator of the Estate of
NATASHA RAMEN, a/k/a MOLLY RAMEN, Deceased,
AND LEONARD RAMEN Individually

      Plaintiffs,

  -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, THE KINGS COUNTY
DISTRICT ATTORNEY'S OFFICE, CHARLES HYNES,
THE QUEENS COUNTY DISTRICT ATTORNEY'S
OFFICE, and RICHARD BROWN

      Defendants.

------------------------------------------------------------------X

**AFFIDAVITS OF SERVICE**

Case No.: 08 CV 00433
(WHP)

C O U N S E L L O R S:

  **PLEASE TAKE NOTICE**, that annexed are original Affidavits of Service.

Dated:  NEW YORK, NEW YORK
     February 19, 2008

           Yours, etc.,

           _____
           PETER P. TRAUB, ESQ
           LAW OFFICES OF PETER P. TRAUB (6057)
           Attorneys for Plaintiff(s)
           LEONARD RAMEN
           107 Grand Street, 4th Floor
           New York, New York 10013
           (212) 966-7442

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/01/2008 |
| NAME OF SERVER (PRINT) JEREMIAH J. SULLIVAN | TITLE LEONARD RAMEN vs. KINGS COUNTY DISTRICT ATTORNEY'S OFF |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Charles Hynes
350 Jay Street
Bklyn., N.Y. 11201 — Zenaida Taymes, Clerk

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/01/2008
                    Date            Signature of Server

20-24 31st St., Astoria, N.Y. 11105
Address of Server

PETER PEARSON TRAUB, JR.
Notary Public, State of New York
No. 02TR6014206
Qualified in New York County
Commission Expires October 5, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/01/2008 |
| NAME OF SERVER (PRINT)  JEREMIAH J. SULLIVAN | TITLE  LEONARD RAMEN vs. NEW YORK CITY POLICE DEPT. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: NYPD
ONE POLICE PLAZA
N.Y., N.Y. 10007 — FLAHERTY, ATTY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/01/2008     _____
           Date            Signature of Server

20-24 31st ST., ASTORIA, N.Y. 11105
Address of Server

PETER PEARSON TRAUB, JR.
Notary Public, State of New York
No. 02TR6014206
Qualified in New York County
Commission Expires October 5, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/01/2008 |
| NAME OF SERVER (PRINT) JEREMIAH J. SULLIVAN | TITLE LEONARD RAMEN vs. CHARLES HYNES |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Brooklyn District Attorney's Office 350 Jay Street, Bklyn., N.Y. 11201 — Zenaida Taymes, Clerk

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/01/2008        [signature]
            Date              Signature of Server

            20-24 31st St., Astoria, N.Y. 11105
            Address of Server

PETER PEARSON TRAUB, JR.
Notary Public, State of New York
No. 02TR6014206
Qualified in New York County
Commission Expires October 6, 20__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 2/01/2008 |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) JEREMIAH J. SULLIVAN | TITLE LEONARD RAMEN VS. CITY OF NEW YORK |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: NYC
100 CHURCH ST.
N.Y., N.Y. 10007 — MADELYN SANTANA, DOCKETING CLERK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/01/2008
                     Date                        Signature of Server

20-24 31st St.
Astoria, N.Y. 11105-2553
Address of Server

PETER PEARSON TRAUB, JR.
Notary Public, State of New York
No. 02TR6014206
Qualified in New York County
Commission Expires October 5, 20 10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/06/2008 |
| NAME OF SERVER (PRINT) Jeremiah J. Sullivan | TITLE Leonard Ramen vs. Queens County District Atty's Office |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Richard Brown
125-01 Queens Blvd.
Kew Gardens, N.Y. 11415 — Linda Dendekker, R&CA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/06/2008
                   Date                       Signature of Server

20-24 31st St. Astoria, N.Y. 11105
Address of Server

PETER PEARSON TRAUB, JR.
Notary Public, State of New York
No. 02TR6014206
Qualified in New York County
Commission Expires October 5, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 2/06/2008 |
| NAME OF SERVER (PRINT) JEREMIAH J. SULLIVAN | TITLE LEONARD RAMEN vs. RICHARD A. BROWN, DA. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Queens District Attorney 125-01 Queens Blvd. Kew Gardens, N.Y. 11415 — Linda Dendekker, RCPT.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/06/2008       [signature]
              Date            Signature of Server

20-24 31st St., Astoria, N.Y. 11105
Address of Server

PETER PEARSON TRAUB, JR.
Notary Public, State of New York
No. 02TR6014206
Qualified in New York County
Commission Expires October 5, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case No. 08 CV 00433 (WHP)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEONARD RAMEN, as Administrator of the Estate of NATASHA RAMEN, a/k/a MOLLY RAMEN, Deceased, AND LEONARD RAMEN Individually

        Plaintiffs,

  -against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, THE KINGS COUNTY DISTRICT ATTORNEY'S OFFICE, CHARLES HYNES, THE QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE, and RICHARD BROWN

        Defendants.

---

### AFFIDAVITS OF SERVICE

---

### LAW OFFICES OF PETER P. TRAUB
*Attorneys for Plaintiff*
107 Grand Street, 4th Floor
New York, New York 10013
(212)966-7442