```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LEONARD RAMEN, as administrator       :
of the estate of NATASHA RAMEN a/k/a
MOLLY RAMEN, Deceased, AND            :
LEONARD RAMEN, individually,
                                      :     08 Civ. 433 (WHP)
                Plaintiffs,
                                      :     SCHEDULING ORDER
         -against-
                                      :
THE CITY OF NEW YORK, et al.,
                                      :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

      Counsel for all parties having appeared before the Court for an initial pre-trial conference on May 2, 2008, the following schedule is established on consent of the parties:

1. Defendants shall file their motion to dismiss by June 9, 2008;

2. Plaintiffs shall file their opposition to the motion by June 30, 2008;

3. Plaintiffs shall file any reply by July 10, 2008; and

4. Oral argument concerning the motion shall take place on August 1, 2008 at 10:30 a.m.; and

5. All discovery shall conclude by December 15, 2008;

Dated: May 2, 2008
      New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of record:*

Peter Pearson Traub, Jr., Esq.
107 Grand Street, 4th Floor
New York, NY 10013
*Counsel for Plaintiffs*

Susan P. Scharfstein, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*