```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LEONARD RAMEN, as administrator
of the estate of NATASHA RAMEN a/k/a
MOLLY RAMEN, Deceased, AND
LEONARD RAMEN, individually,

                08 Civ. 433 (WHP)

          Plaintiffs,

                ORDER

     -against-

THE CITY OF NEW YORK, et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: August 28, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Peter Pearson Traub, Jr., Esq.
107 Grand Street, 4th Floor
New York, NY 10013
*Counsel for Plaintiffs*

Susan P. Scharfstein, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*